UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| TURBINE POWERED TECHNOLOGY, LLC | CIVIL ACTION NO.: 6:20-cv-00986 |
| VERSUS | HONORABLE: MICHAEL JUNEAU |
| DAVID CROWE, KENNETH BRACCIO, DANIEL FOLEY, GEORGE JACKSON, KENT ELLSWORTH, ARIZONA TURBINE TECHNOLOGY, LLC, ARIZONA TURBINE TECHNOLOGY, INC., ADVANCED TURBINE SERVICES, LLC & TURBINE INTEGRATED POWER SYSTEMS, LLC | MAGISTRATE: CAROL WHITEHURST |

************************************************************************

## MOTION TO REMAND ON BEHALF OF PLAINTIFF, TURBINE POWERED TECHNOLOGY, LLC AND FOR ATTORNEY'S FEES AND COSTS

NOW INTO COURT, through undersigned counsel, comes plaintiff, Turbine Powered Technology, LLC (TPT), who, pursuant to 28 USC § 1447(c) and § 1454(d) hereby moves this Court to remand the above captioned case to the 16th Judicial District Court for the Parish of St. Mary, State of Louisiana.

This Honorable Court lacks jurisdiction as the underlying state court action does not present any question of federal law under 28 USC § 1441(c) and the defendants have improperly claimed a copyright action. Moreover, defendants' removal is untimely under 28 USC § 1446, and improvident as this is the third time the case has been removed and there has been no factual change which would allow such multiple removals.

WHEREFORE, plaintiff, TPT, prays that the foregoing Motion to Remand be granted, that the above captioned civil action be remanded to the 16th Judicial District Court for the Parish of St. Mary, State of Louisiana, and that plaintiff be awarded attorney's fees and costs as allowed by law.

Respectfully submitted:

THE PANAGIOTIS FIRM

*s/D.C. Panagiotis*

D.C. PANAGIOTIS (#15032)
1540 W. Pinhook Rd.
Lafayette, LA 70503
(337) 264-1516
dan@panalaw.com
**Counsel for TPT**

## CERTIFICATE OF SERVICE

I hereby certify that on the 25th day of August, 2020, a copy of the foregoing was filed electronically with the Clerk of court using the CM/ECF system.

*s/D.C. Panagiotis*

D.C. PANAGIOTIS