# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

### LAFAYETTE DIVISION

| | | |
|---|---|---|
| TURBINE POWERED TECHNOLOGY, LLC, | * | CIVIL ACTION NO: 6:20cv00986 |
| | * | |
| | * | JUDGE MICHAEL J. JUNEAU |
| Plaintiff, | * | |
| | * | MAGISTRATE JUDGE |
| VERSUS | * | CAROL WHITEHURST |
| | * | |
| DAVID CROWE, KENNETH BRACCIO, DANIEL FOLEY, GEORGE JACKSON, KENT ELLSWORTH, ARIZONA TURBINE TECHNOLOGY, L.L.C., ARIZONA TURBINE TECHNOLOGY, INC., ADVANCED TURBINE SERVICES, L.L.C., & TURBINE INTEGRATED POWER SYSTEMS, L.L.C., | * | |
| | * | |
| | * | |
| | * | |
| | * | |
| | * | |
| | * | |
| | * | |
| | * | |
| Defendants. | * | |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## RESPONSE TO REMOVAL ORDER

Defendants Kenneth Braccio and Advanced Turbine Services, L.L.C., through their undersigned counsel, respectfully submit this response to this Court's Removal Order (R. Doc. 6) and 28 U.S.C. § 1447(b).

**A.**   **A list of all attorneys involved in the case and the parties they represent.**

- Counsel for Turbine Powered Technology, LLC

  D.C. Panagiotis, Esq.
  The Panagiotis Firm
  1540 West Pinhook Road
  Lafayette, LA 70503
  (337) 264-1516

Kevin P. Merchant, Esq.
Cliff A. Lacour, Esq.
Neuner Pate
One Petroleum Center, Suite 200
1001 West Pinhook Road
Lafayette, Louisiana 70503
(337) 237-7000

- Counsel for Kenneth Braccio and Advanced Turbine Services, LLC

Jennifer L. Thornton, Esq.
William M. Ross, Esq.
Christian S. Chaney, Esq.
Patrick M. Bollman, Esq.
Stanley, Reuter, Ross, Thornton & Alford, LLC
909 Poydras Street, Suite 2500
New Orleans, LA 70112
(504) 523-1580

- Counsel for Daniel Foley and George Jackson

Ryan M. Goudelocke, Esq.
Durio, McGoffin, Stagg & Ackermann
220 Heymann Boulevard
Lafayette, LA 70503
(337) 233-0300

- Counsel for David Crowe and Arizona Turbine Technology, Inc.

Adam G. Young, Esq.
John Alden Meade, Esq.
Meade Young, LLC
556 Jefferson Street, Box 7
Lafayette, LA 70501
(337) 534-0200

S. Patrick Skiles, Esq.
Ramsay, Skiles & Streva
1915 Highway 182
Morgan City, LA 70380
(985) 395-9247

2

T. Taylor Townsend, Esq.
T. Taylor Townsend, LLC
320 St. Denis Street
PO Box 784
Natchitoches, LA 71458-0784
(318) 238-3612

**B.    Copies or electronic images of all records and proceedings occurring in the State Court prior to removal, arranged by order of filing date.**

Copies of all records and proceedings occurring in Sixteenth Judicial District Court for the Parish of St. Mary, State of Louisiana and arranged by order of filing date are attached hereto *in globo* as Exhibit A. At the time of removal, Mr. Braccio and ATS's Motion to Compel and for Additional Interrogatories and its Re-Urged Motion to Compel Discovery Responses as well as Turbine Powered Technology LLC's Motion to Compel Discovery Responses were pending before the State Court. As for their motions, Mr. Braccio and ATS will refile their motions and request a hearing if appropriate upon the Court's determination of the currently pending motion to remand.

Copies of the records and proceedings arranged by order of filing date also are attached here for those proceedings occurring in First Circuit Court of Appeal, State of Louisiana, Docket Nos. 2018-CA-0881 (Exhibit B), 2018-CW-0537 (Exhibit C), 2020-CW-0170 (Exhibit D), and 2020-CW-0553 (Exhibit E). [1] And, copies of the records and proceedings occurring in the Supreme Court of the State of Louisiana are attached hereto as Exhibit F.

---

[1] The state court had granted Mr. Braccio and ATS a suspensive appeal, and Mr. Braccio and ATS had posted the required bond prior to removal. At the time of removal, however, that appeal had not yet been lodged with the First Circuit Court of Appeal by the Clerk of Court for the Sixteenth Judicial District Court for the Parish of St. Mary.

C.      **A list of all documents included in the State Court record, arranged by order of filing date.**

The following documents constitute the record with the Sixteenth Judicial District Court for the Parish of St. Mary, State of Louisiana:

1.      11-07-2016 Petition for Damages and Injunctive Relief

2.      11-07-2016 Application for Temporary Restraining Order and for Preliminary Injunction

3.      11-07-2016 Temporary Restraining Order

4.      11-07-2016 Request for Notice of Trial Date

5.      12-16-2016 Affidavit of Long Arm Service Upon Kent Ellsworth

6.      12-16-2016 Affidavit of Long Arm Service Upon Kenneth M. Braccio

7.      12-16-2016 Affidavit of Long Arm Service Upon Arizona Turbine Technology, LLC

8.      01-03-2017 Memorandum in Support of Long Arm Service

9.      01-03-2017 Affidavit of Long Arm Service Upon Arizona Turbine Technology, LLC

10.     01-03-2017 Affidavit of Long Arm Service Upon Advanced Turbine Services, LLC

11.     01-03-2017 Affidavit of Long Arm Service Upon Turbine Integrated Power Systems, LLC

12.     01-03-2017 Exhibits Offered for Preliminary Injunction Hearing

13.     01-06-2017 Motion for Default Judgment

14.     01-06-2017 Order Granting Preliminary Default

15.     01-19-2017 Affidavit of Long Arm Service Upon David Crowe

16.     02-10-2017 Motion, *Ex Parte* Motion for and Judgment of Dismissal without Prejudice pursuant to Louisiana Code of Civil Procedure Article 1671

17.     02-10-2017 Judgment regarding *Ex Parte* Motion for and Judgment of Dismissal Without Prejudice

18.     03-06-2017 Affidavit of Long Arm Service Upon Kent Ellsworth

19.    03-06-2017 Rule to Show Cause Why Defendants Should Not Be Held in Contempt & Motion for Inventory of Assets

20.    03-06-2017 Order for Rule to Show Cause Why Defendants Should Not Be Held in Contempt & Motion for Inventory of Assets

21.    03-06-2017 Declinatory Exception of Lack of Personal Jurisdiction and Dilatory Exception of Prematurity. Order, and Memorandum in Support

22.    03-09-2017 Affidavit of Long Arm Service Upon Arizona Turbine Technology, Inc.

23.    03-09-2017 Affidavit of Long Arm Service Upon Arizona Turbine Technology, LLC

24.    03-09-2017 Affidavit of Long Arm Service Upon Kenneth M. Braccio

25.    03-09-2017 Affidavit of Long Arm Service Upon Advanced Turbine Services, LLC

26.    03-09-2017 Affidavit of Long Arm Service Upon Turbine Power Integrated Power Systems, LLC

27.    03-14-2017 Declinatory Exception of Lack of Personal Jurisdiction and Order

28.    04-25-2017 Declinatory Exception of Insufficiency of Citation and Service of Process, Dilatory Exceptions of Vagueness or Ambiguity, Improper Culmination of Actions and Improper Joinder of Parties and Peremptory Exception of No Cause of Action and Memorandum in Support

29.    04-24-2017 Motion and Order to Enroll Counsel

30.    04-25-2017 Judgment of Default Signed April 24, 2017 regarding Plaintiff's Motion for Confirmation of Judgment and Motion for Default Judgment

31.    04-26-2017 Memoranda in Support of Rule to Show Cause Why Defendants Should Not Be Held in Contempt & Motion for Inventory of Assets

32.    05-04-2017 Memorandum in Opposition to Exceptions of Donald Foley

33.    05-04-2017 Motion and Order for Expedited Hearing

34.    05-04-2017 Motion and Order to Continue Hearing on Exceptions of Donald Foley

35.    05-04-2017 Memorandum in Opposition to Declinatory Exception of Lack of Personal Jurisdiction and Dilatory Exception of Prematurity

36.    05-04-2017 Memorandum in Opposition to Motion to Continue Hearing

37.     05-11-2017 Extract of Minutes

38.     05-12-2017 Notice of Judgment signed April 24, 2017

39.     05-19-2017 Third Party Petition filed by David Crowe

40.     05-23-2017 *Ex Parte* Motion and Order to Appoint Private Process Server

41.     05-23-2017 *Ex Parte* Motion and Order to Amend Petition

42.     05-23-2017 Amended Petition for Damages and Injunctive Relief

43.     05-26-2017 Certificate Signed by Cliff Dressel and Vincent Borne

44.     05-26-2017 Motion to Dissolve Preliminary Injunction and for Damages, Order, and Memorandum in Support

45.     05-31-2017 Supplemental Memorandum in Support of Exceptions

46.     05-31-207 Motion to Bifurcate and Continue Hearing on Damages and Order

47.     06-02-2017 Reply Memorandum Regarding Exception of No Cause of Action

48.     06-06-2017 Motion to Compel Discovery, Order, and Memorandum in Support

49.     06-09-2017 Motion for Sanctions and Order

50.     06-09-2017 *Ex Parte* Motion to Appoint Private Process Server and Order

51.     06-12-2017 Memorandum in Opposition to Motion to Bifurcate

52.     06-12-2017 Supplemental Memorandum in Opposition to Exceptions of Donald Foley

53.     06-12-2017 Memorandum in Opposition to Motion to Dissolve Preliminary Injunction

54.     06-13-2017 Affidavit of Service on George Jackson

55.     06-13-2017 Affidavit of Service on Donald Foley

56.     06-13-2017 Reply Memorandum in Support of Motion to Dissolve Preliminary Injunction

57.     06-13-2017 Notice of Deposition of Keven Michael Smith

58.     06-23-2017 Local Rule 3.1 List of Collateral Proceedings Appended to Notice of Removal

59.     06-23-2017 Notice of Removal

60.     07-17-2017 Reasons for Judgment regarding Plaintiff's Motion to Remand

61.     07-17-2017 Judgment regarding Plaintiff's Motion to Remand

62.     02-26-2018 Remand Order from Western District of Louisiana

63.     02-26-2018 Judgment on Rule to Show Cause signed March 2, 2018

64.     02-28-2018 Second Amended Petition for Damages and for Injunctive Relief

65.     03-02-2018 Judgment regarding Exceptions

66.     03-02-2018 *Ex Parte* Motion to Correct the Record and Order (Denied)

67.     03-06-2018 Petition for Appeal and Order

68.     03-06-2018 Motion for Stay Pending Appeal, Order, and Memorandum in Support

69.     03-08-2018 Motion and Order to Set Hearing on Rule for Contempt

70.     03-08-2018 Memorandum in Support of Rule to Show Cause

71.     03-08-2018 Motion to Place Documents Under Seal & Motion for Protective & Sealing Order and Order

72.     03-08-2018 Motion to Set Hearing & Memorandum in Opposition to Motion to Stay Pending Appeal and Petition for Appeal, Order, and Memorandum in Support

73.     03-09-2018 Order to Show Cause regarding Plaintiff's Motion to Place Documents Under Seal and Motion for Protective Order and Sealing Order

74.     03-26-2018 Hearing Transcript

75.     03-28-2018 Order of Appeal

76.     03-29-2018 Answer and Affirmative Defenses to Third Party Petition

77.     04-02-2018 Judgment regarding Defendants' Motion to Dissolve Preliminary Injunction

78.     04-02-2018 Reasons for Judgment regarding Motion to Dissolve Preliminary Injunction and for Damages

79.     04-02-2018 Notice of Judgment

80.     04-03-2018 Notice of Appeal

81.     04-05-2018 Order on Motion for Contempt

82.     04-05-2018 Memorandum Regarding Penalties for Contempt of Court

83.     04-10-2018 Request for Notice

84.     04-11-2018 Notice of Judgment signed April 9, 2018

85.     04-11-2018 Notice of Judgment signed July 17, 2018

86.     04-23-2018 Memorandum in Opposition to Motion to Stay Pending Appeal

87.     04-26-2018 Motion for Continuance and Order

88.     04-27-208 Notice of Intent to Seek Supervisory Writs and Order

89.     04-27-2018 Motion for Protective Order

90.     04-27-2018 Motion for Summary Judgment Memorandum in Support and Exhibits

91.     04-27-2018 Notice of Intent to Seek Supervisory Writs

92.     05-01-2018 Transcript of Motion Hearings

93.     05-01-2018 Transcript on Plaintiff's Motion for Contempt

94.     05-01-2018 Motion for Protective Order with Signed Rule to Show Cause and Memorandum in Support and Exhibits

95.     05-01-2018 Motion for Summary Judgment with Signed Rule to Show Cause and Memorandum in Support with Exhibits

96.     05-08-2018 Motion to Strike and for Sanctions with Memorandum in Support with Exhibits

97.     05-09-2018 Notice of Fixing Case for Trial regarding Motion for Protective Order

98.     05-09-2018 Notice of Fixing Case for Trial regarding Motion for Summary Judgment

99.     05-09-2018 Rule to Show Cause regarding Motion for Protective Order

100.    05-09-2018 Rule to Show Cause regarding Motion for Summary Judgment

101.    05-10-2018 Motion to Strike and for Sanctions with Signed Rule to Show Cause and Memorandum in Support with Exhibits

102.    05-14-2018 Notice of Fixing Case for Trial regarding Motion to Strike and for Sanctions

103.    05-14-2018 Rule to Show Cause regarding Motion to Strike and for Sanctions

104.    05-21-2018 Served Rules to Show Cause

105.      05-25-2018 Return of Service Not Made

106.      06-01-2018 Motion to Enroll Additional Counsel, Thomas T. Townsend

107.      06-05-2018 Motion to Enroll Additional Counsel and Signed Order

108.      06-06-2018 Notice of Return Date on Appeal

109.      06-13-2018 Opposition to Tucson Embedded's Motion for Summary Judgment

110.      06-13-2018 Plaintiff's Motion for Sanctions and Memorandum in Support with Exhibits

111.      06-13-2018 Plaintiff's Opposition to Motion to Strike and for Sanctions

112.      06-18-2018 Notice of Fixing Case for Trial regarding Plaintiff's Motion for Sanctions

113.      06-18-2018 Opposition to Motion for Summary Judgment

114.      06-22-2018 Abstract of Minute Entries

115.      06-25-2018 Reply Memorandum in Support of Motion for Summary Judgment

116.      06-26-2018 Notice of No Objection

117.      06-26-2018 Reply Memorandum in Support of Motion for Summary Judgment

118.      06-27-2018 Answer Exceptions Affirmative Defenses and Reconventional Demand for Damages

119.      06-28-2018 Order Granting Motion for Protective Order

120.      06-29-2018 Citation to Turbine Powered Technology, LLC

121.      07-11-2018 Judgment on Motion to Stay Signed on July 11, 2018

122.      07-13-2018 Notice of Service on Turbine Powered Technology, LLC

123.      07-18-2018 Plaintiff's Reply to Defendants' Memorandum on Plaintiff's Motion for Sanctions

124.      07-24-2018 Motion and Incorporated Memorandum to Compel Production of Responses to Plaintiff's First Set of Discovery Responses

125.      07-24-2018 Notice of R.S. 51-1401 Complaint Issued by Attorney General

126.      07-30-2018 Judgment on Tucson Embedded System's Motion for Summary Judgment and Dismissing Tucson Embedded Systems with Prejudice

127.    07-30-2018 Reasons for Judgment on Tucson Embedded System's Motion for Summary Judgment

128.    07-31-2018 Notice of Fixing Case for Trial regarding Motion to Compel

129.    07-31-2018 Rule to Show Cause regarding Requests for Production and Reasonable Costs

130.    08-07-2018 Return of Service of Citation

131.    08-09-2018 Motion to Continue

132.    08-10-2018 Judgment on Motion for Sanctions

133.    08-10-2018 Reasons for Judgment on Motion for Sanctions

134.    08-13-2018 Motion for New Trial

135.    08-15-2018 Motion for New Trial with Signed Rule to Show Cause

136.    08-16-2018 Return of Service on Rule to Show Cause for Motion to Compel

137.    08-21-2018 Notice of Fixing Case for Trial regarding Motion for New Trial

138.    08-21-2018 Notice of Non-Service

139.    08-21-2018 Rule to Show Cause regarding Motion for New Trial

140.    08-31-2018 Return of Rule to Show Cause

141.    09-13-2018 Motion and Order to Reset Motion to Compel

142.    09-24-2018 Unopposed Joint Motion for Protective Order

143.    09-28-2018 Notice of Fixing Case for Trial regarding Motion to Compel

144.    09-28-2018 Signed Motion and Order to Rest Motion to Compel

145.    10-02-2018 Opposition to Motion for New Trial

146.    10-10-2018 Agreed Motion and Order to Continue Hearing

147.    10-10-2018 Reply Memorandum in Support of Motion for New Trial

148.    10-12-2018 Notice of Fixing Case for Trial

149.    10-29-2018 Reply Memorandum in Support of Motion to Compel

150.    11-07-2018 Judgment on Motion for New Trial

151.    11-7-2018 Plaintiff's Exhibits Admitted on November 7, 2018

152.    11-16-2018 Judgment on Motion to Compel

153.     11-19-2018 Judgment on Motion to Compel

154.     11-20-2018 Memorandum in Opposition to Defendant's Proposed Judgment on Motion to Compel

155.     11-26-2018 Memorandum in Opposition to Defendants' Proposed Judgment on Motion to Compel

156.     12-03-2018 Notice of Records Deposition and Subpoena Duces Tecum - Stonewall Consulting LLC

157.     12-03-2018 Notice of Records Deposition and Subpoena Duces Tecum - Willem Mast Drafting and Design LLC

158.     12-03-2018 Notice of Records Deposition - Blaine Lafleur

159.     12-03-2018 Notice of Records Deposition - Willem Mast

160.     12-10-2018 Motion for Summary Judgment, Memorandum in Support and Exhibits

161.     12-12-2018 Judgment on Motion to Compel

162.     12-13-2018 Return of Service on Willem Mast Drafting and Design LLC

163.     12-13-2018 Return of Service on Willem Mast

164.     12-17-2018 Notice of Fixing Case for Trial regarding Motion for Summary Judgment

165.     12-20-2018 Return on Rule to Show Cause

166.     01-02-2019 Return of Service on Blaine LaFleur

167.     01-02-2019 Return of Service on Stonewall Consulting LLC

168.     01-07-2019 Motion for Appeal of Summary Judgment on Third Party Petition

169.     01-09-2019 Motion for Continuance of Hearing on Defendants' Motion for Summary Judgment

170.     01-14-2019 Motion for Appeal of Summary Judgment on Third Party Petition

171.     01-29-2019 Notice of Appeal

172.     01-30-2019 Motion for Commission Authorizing Issuance of an Out-of-State Subpoena - ENTI

173.     01-30-2019 Motion for Commission Authorizing Issuance of an Out-of-State Subpoena - ValTek

174.   01-30-2019 Motion for Commission Authorizing Issuance of an Out-of-State Subpoena

175.   01-30-2019 Notice of Deposition - Foley

176.   01-30-2019 Notice of Deposition - Jackson

177.   02-11-2019 Return of Service on Foley

178.   02-12-2019 Rule for Contempt and Motion for Sanctions

179.   02-12-2019 Rule for Contempt and Motion for Sanctions

180.   02-13-2019 Notice of Fixing Case for Trial regarding Motion for Contempt of Court and Sanctions

181.   02-19-2019 Motion for Protective Order

182.   02-19-2019 Motion to Quash and Objections to Subpoena Duces Tecum

183.   02-19-2019 Motion to Quash and Objections to Subpoena Duces Tecum

184.   02-19-2019 Motion to Set Hearing on Defendants' Motion for Summary Judgment

185.   02-22-2019 Notice of Fixing Case for Trial regarding Motion for Summary Judgment and Motion for Protective Order

186.   02-25-2019 a Motion to Continue or Stay Motion for Contempt

187.   02-25-2019 Memorandum in Support of Motion to Continue or Stay Motion for Contempt

188.   02-25-2019 Return of Service on George Jackson

189.   02-26-2019 Memorandum in Opposition to Defendants Motion to Continue or State Motion for Contempt

190.   03-01-2019 Memorandum in Opposition to Motion to Withdraw Counsel of Record by Defendants

191.   03-04-2019 Amended Motion to Withdraw as Counsel for Defendants Donald Foley and George Jackson

192.   03-06-2019 Memorandum in Opposition to Motion to Withdraw as Counsel of Record by Defendants

193.   03-08-2019 Motion to Enroll as Counsel of Record and Request for Notice

194.   03-09-19 Contempt Hearing

| | |
|---|---|
| 195. | 03-12-2019 Signed Order on Motion to Enroll as Counsel of Record, Ryan M. Goudelocke |
| 196. | 03-13-2019 Bench Warrant (Kenneth Braccio) |
| 197. | 03-13-2019 Bench Warrant (David Crowe) |
| 198. | 03-13-2019 Bench Warrant (David Crowe) |
| 199. | 03-15-2019 Notice of Intent to Seek Supervisory Writs |
| 200. | 03-20-2019 Order Granting Motion to Withdraw, Adam G. Young, John Alden Meade, S. Patrick Skiles, T. Taylor Townsend |
| 201. | 03-20-2019 Proposed Judgment on Motions |
| 202. | 03-21-2019 Proposed Judgment on Motions |
| 203. | 03-24-2019 Notice of Return Date |
| 204. | 03-27-2019 Affidavit of Service |
| 205. | 03-27-2019 Notice of Deposition and Subpoena Duces Tecum |
| 206. | 03-28-2019 Rule for Contempt and Motion for Sanctions |
| 207. | 03-29-2019 Motion to Strike |
| 208. | 04-01-2019 Request for Witness Subpoena |
| 209. | 04-04-2019 Notice of Fixing Case for Trial regarding Motion for Contempt and Motion for Sanctions |
| 210. | 04-04-2019 Rules to Show Cause regarding Designated Facts, Designated Matters in Evidence and Order Striking Out Pleadings |
| 211. | 04-05-2019 Motion for New Trial |
| 212. | 04-10-2019 Motion for New Trial |
| 213. | 04-10-2019 Return of Witness Subpoena |
| 214. | 04-11-2019 Return on Subpoena Served |
| 215. | 04-15-2019 Memorandum in Opposition to Motion for Protective Order |
| 216. | 04-15-2019 Memorandum in Opposition to Motion to Quash |
| 217. | 04-16-2019 Notice of Removal |
| 218. | 04-23-2019 Notice of Judgment to Kent Ellsworth |

219.    05-06-2019 Motion of Clerk for Extension of Time for Fling Record with First Circuit Court of Appeal

220.    08-30-2019 Judgment Remanding Case

221.    09-05-2019 *Ex Parte* Motion and Order to Substitute Counsel, Jennifer L. Thornton, William M. Ross, Christian S. Chaney

222.    09-16-2019 Motion-Petition for Suspensive Appeal and Order

223.    09-16-2019 Signed Order Granting Suspensive Appeal

224.    09-17-2019 Request for Notice

225.    09-18-2019 *Ex Parte* Motion and Order for Designation of Appellate Record

226.    09-23-2019 Opposition to Plaintiff's *Ex Parte* Motion for Designation of Appellate Record

227.    09-24-2019 Posting of Security for Suspensive Appeal

228.    9-19-2019 Motion for Suspensive Appeal

229.    9-20-2019 *Ex Parte* Motion for Designation of Appellate Record

230.    10-07-2019 Rule to Show Cause Why Order of Appeal Should Not Be Revoked & Order Setting Hearing

231.    10-15-2019 Unopposed Amended Motion to and Order for Designation of Appellate Record

232.    10-29-2019 Rule for Contempt of Court and Motion for Sanctions

233.    10-29-2019 Rule to Show Cause Why Order of Appeal Should Not be Revoked & Order Setting Hearing

234.    10-31-2019 Notice of Fixing Case for Trial regarding Plaintiff's Motion for Contempt and Sanctions

235.    11-08-2019 Opposition to Plaintiff's Rule to Show Cause Why Order of Appeal Should Not be Revoked

236.    11-13-2019 Memorandum in Opposition to Rule for Contempt Against Arizona Turbine Technology, Inc.

237.    11-13-2019 Motion to Continue Hearing on Motion for Contempt with Incorporated Memorandum

238.    11-15-2019 Motion for Hearing on Scheduling Order and to Set Trial Date

239.    11-18-2019 Rule for Contempt of Court and Motion for Sanctions

14

240.	11-19-2019 Notice of Fixing Case for Trial regarding Plaintiff's Motion for Contempt of Court and Sanctions

241.	11-20-2019 Motion to Strike and for Sanctions Pursuant to Article 863 with Incorporated Memorandum in Support

242.	11-25-2019 Exceptions of No Cause of Actions and Prescription

243.	11-25-2019 Memorandum in Opposition to Motion for Contempt

244.	11-26-2019 Signed Rule to Show Cause on Exceptions

245.	11-27-2019 Opposition to Defendants' Motion to Strike and for Sanctions

246.	12-03-2019 Order Setting Jury Trial

247.	12-06-2019 Notice of Costs for Appeal

248.	12-09-2019 Motion and Incorporated Memorandum to Traverse Trial Date

249.	12-10-2019 Motion to Defer All Pending Motions and Exceptions to Trial Date and Motion to Close Discovery and Opposition to the Motion to Traverse the Trial Date

250.	12-10-2019 Motion to Defer Pending Motions and Exceptions and Signed Order

251.	12-10-2019 Rule to Show Cause Motion Traverse Trial Date

252.	12-12-2019 Motion and Incorporated Memorandum to Traverse Trial Date with Signed Rule to Show Cause

253.	12-12-2019 Motion to Traverse and Motion to Vacate Trial Date and Set Scheduling Conference and Combined Memorandum in Support

254.	12-17-2019 Objection to TPT's Improper Attempt to Have Its Motion Treated as *Ex Parte* Matter and Request that Motion be Stricken Pursuant to Rule 9.8

255.	12-18-2019 Judgment Denying Turbine's Request to Revoke Suspensive Appeal and Security Amount

256.	12-18-2019 Order Setting Motion for Hearing

257.	12-20-2019 Judgment Confirming Turbine Powered Technology, LLC's Motion for Contempt and Sanctions will not be heard on 1-15-20

258.	12-20-2019 Notice of Fixing Case for Trial - Motion to Traverse the Trial Date

259.	12-20-2019 Notice of Fixing of Trial regarding Motion be Stricken

260.     12-20-2019 Notice of Fixing of Trial regarding Motion to Travers and Vacate Trial Date

261.     12-20-2019 Notice of Service

262.     12-23-2019 Corrected Notice of Fixing Case for Trial

263.     12-26-2019 Notice of Return Date

264.     12-30-2019 Motion for Relief Pursuant to Article 1474 and Incorporated Memorandum

265.     01-02-2020 Notice of Appeal

266.     01-07-2020 Notice of Suggestion of Bankruptcy

267.     01-09-2020 Memorandum in Opposition to Motion to Defer All Pending Motions and Exceptions to Trial Date and Motion to Close Discovery

268.     01-09-2020 Memorandum in Opposition to Turbine Powered Technology's Motion for Relief Pursuant to Article 1471

269.     01-13-2020 Reply to Opposition to Plaintiff's Motion to Defer and Motion for Relief Pursuant to La. C.C.P. Article 1471

270.     01-14-2020 Motion for Leave to File Amended and Supplemental Reconventional Demand

271.     01-15-2020 Minutes of Hearing regarding Motion to Traverse Trial Date

272.     01-15-2020 Motion to Traverse Trial Date Hearing Transcript

273.     01-17-2020 Notice of Intention to Apply for Supervisory Writs

274.     01-23-2020 Notice of Fixing Case for Trial regarding Motion for Leave to File First Amended and Supplemental Reconventional Demand

275.     01-27-2020 Judgment Granting Motion to Traverse the Trial Date

276.     02-03-2020 Notice of Fixing Case for Trial regarding Motion for Leave to File First Amended and Supplemental Reconventional Demand

277.     02-03-2020 Notice of Service

278.     02-05-2020 Motion and Order of Clerk for Extension of Time for Filing Record with First Circuit Court of Appeal

279.     02-12-2020 Notice of Service

280.     02-19-2020 Motion for Authorization to Produce Evidence

16

281.    02-21-2020 Notice of Fixing Case for Trial regarding Motion for Authorization to Produce Evidence

282.    03-04-2020 Subpoena Duces Tecum & Notice of Deposition (Records Only)

283.    05-19-2020 Opposition to Motion and Incorporated Memorandum in Support for Leave to File First Amended and Supplemental Reconventional Demand

284.    06-02-2020 *Ex Parte* Consent Judgment for Authorization to Produce Evidence

285.    06-11-2020 Notice of Fixing Case for Trial Before Civil Jury

286.    06-11-2020 Request for Subpoenas

287.    06-15-2020 *Ex Parte* Motion for Letter Rogatory

288.    06-15-2020 Motion to Compel and Memorandum in Support

289.    06-16-2020 Order for Letter Rogatory

290.    06-16-2020 Subpoena Duces Tecum (Eco-Stim)

291.    06-16-2020 Subpoena Duces Tecum (Gordon Brothers)

292.    06-16-2020 Subpoena Duces Tecum (Tucson Embedded)

293.    06-17-2020 Motion and Order to Withdraw Counsel, Eric Isaiah Holden Hoggatt

294.    06-17-2020 Notice of Fixing Case for Trial regarding Motion to Compel Discovery Responses

295.    06-17-2020 Subpoena Duces Tecum

296.    06-23-2020 Memorandum in Opposition to Motion to Compel

297.    06-23-2020 Reply Memorandum in Support of Motion for Leave to File

298.    06-24-2020 Hearing Transcript regarding Motions Hearing

299.    06-25-2020 Notice of Intention to Apply for Supervisory Writs

300.    06-29-2020 Motion to Fix Time for Filing Supervisory Writs

301.    07-01-2020 Minutes of June 24, 2020 Hearing

302.    07-02-2020 Subpoena Duces Tecum (Gordon Brothers)

303.    07-02-2020 Subpoena Duces Tecum (Eco-Stim)

304.      07-06-2020 Motion by Clerk for Extension of Time of Return Date

305.      07-07-2020 Judgment on Motion to Compel and Motion for Leave to File

306.      07-20-2020 Motion to Compel and for Additional Interrogatories

307.      07-20-2020 Re-urged Motion to Compel Discovery Responses

308.      07-27-2020 Motion and Order to Continue and Reset Motions to Compel

309.      07-27-2020 Notice of Fixing Case for Trial

310.      07-28-2020 Motion to Compel Discovery Responses

311.      07-31-2020 Memorandum in Opposition to Motion to Compel Discovery Responses

312.      08-03-2020 Notice of Fixing Case for Trial regarding Re-Urged Motion to Compel Discovery and Motion to Compel

313.      08-03-2020 Opposition to Motion to Compel Discovery Responses

314.      08-03-2020 Reply Memorandum in Support of Motion to Compel and Re-Urged Motion to Compel

315.      08-04-2020 Motion for Leave to File Sur-Reply Brief and Proposed Order and Sur-Reply Memorandum in Opposition to Defendants' Motion to Compel

316.      08-04-2020 Notice of Filing Notice of Removal

317.      08-07-2020 Minutes regarding Hearing of Re-Urged Motion to Compel and Motion to Compel

The following documents constitute the record with First Circuit Court of Appeal, State of Louisiana in Docket No. 2018-CA-0881:

1.        07-02-2018 Notice Lodging

2.        07-02-2018 Record Volume 01 of 05

3.        07-02-2018 Record Volume 02 of 05

4.        07-02-2018 Record Volume 03 of 05

5.        07-03-2018 Record Volume 04 of 05

6.        07-03-2018 Record Volume 05 of 05

7.  07-02-2018 Oral Argument Request David Crow, Arizona Turbine Technology, Inc., Kenneth Braccio, Advanced Turbine Services, LLC and Donald I. Foley, Jr.

8.  07-23-2018 Motion Supplement David Crow, Arizona Turbine Technology, Inc., Kenneth Braccio, Advanced Turbine Services, LLC and Donald I. Foley, Jr.

9.  07-28-2018 Brief Appellant David Crow, Arizona Turbine Technology, Inc., Kenneth Braccio, Advanced Turbine Services, LLC and Donald I. Foley, Jr.

10. 07-28-2018 Correspondence Non-Compliant Brief Checklist David Crow, Arizona Turbine Technology, Inc., Kenneth Braccio, Advanced Turbine Services, LLC and Donald I. Foley, Jr.

11. 07-28-2018 Correspondence Received David Crow, Arizona Turbine Technology, Inc., Kenneth Braccio, Advanced Turbine Services, LLC and Donald I. Foley, Jr.

12. 08-14-2018 Notice Supplementation

13. 08-17-2018 Correspondence Non-Compliant Brief Checklist Turbine Powered Technology, LLC

14. 08-21-2018 Brief Appellee Turbine Powered Technology, LLC

15. 08-27-2018 Brief Reply David Crowe, Arizona Turbine Technology, Inc., Kenneth Braccio, Advanced Turbine Services, LLC and Donald I. Foley, Jr.

16. 09-10-2018 Correspondence Received David Crowe w, Arizona Turbine Technology, Inc., Kenneth Braccio, Advanced Turbine Services, LLC and Donald I. Foley, Jr.

17. 09-27-2018 Motion Miscellaneous David Crowe, Arizona Turbine Technology, Inc., Kenneth Braccio, Advanced Turbine Services, LLC and Donald I. Foley, Jr.

18. 10-05-2018 Motion Opposition Turbine Powered Technology, LLC

19. 11-01-2018 Docket November 1, 2018

20. 04-14-2019 Correspondence Received David Crowe, Arizona Turbine Technology, Inc., Kenneth Braccio, Advanced Turbine Services, LLC and Donald I. Foley, Jr.

21. 08-28-2019 Correspondence Received David Crowe, Arizona Turbine Technology, Inc., Kenneth Braccio, Advanced Turbine Services, LLC and Donald I. Foley, Jr.

22.          09-05-2019 Decision Appeal

23.          09-05-2019 Notice Judgment and Disposition

24.          02-13-2020 Correspondence: Record Return

The following documents constitute the record with First Circuit Court of Appeal, State of Louisiana in Docket No. 2018-CW-0537:

1.          04-24-2018 Application Writ Vol 1 of 3

2.          04-24-2018 Application Writ Vol 2 of 3

3.          04-24-2018 Application Writ Vol 3 of 3

4.          04-24-2018 Notice Writ

5.          04-27-2018 Brief Opposition Vol 01 of 03

6.          04-27-2018 Brief Opposition Vol 02 of 03

7.          04-27-2018 Brief Opposition Vol 03 of 03

8.          05-03-2018 Reply Brief in Support

9.          05-29-2018 Order Interim

10.         04-14-2019 Correspondence Received

11.         09-05-2019 Decision Writ

12.         09-05-2019 Notice Judgment and Disposition

The following documents constitute the record with First Circuit Court of Appeal, State of Louisiana in Docket No. 2020-CW-0170:

1.          02-13-2020 Application Writ Vol 01 of 02 by Advanced Turbine Services, LLC and Kenneth Braccio

2.          02-13-2020 Application Writ Vol 02 of 02 by Advanced Turbine Services, LLC and Kenneth Braccio

3.          02-13-2020 Notice Writ

4.          02-14-2020 Correspondence Received Turbine Powered Technology, LLC

5.          03-05-2020 Brief in Opposition by Turbine Powered Technology, LLC

6.          03-09-2020 Reply Brief in Support by Advanced Turbine Services, LLC and Kenneth Braccio

7.        04-28-2020 Decision Writ

8.        04-28-2020 Notice Judgment and Disposition

The following documents constitute the record with First Circuit Court of Appeal, State of

Louisiana in Docket No. 2020-CW-0553:

1.        07-01-2020 Application Writ by Advanced Turbine Services, LLC and
          Kenneth Braccio

2.        07-02-2020 Notice Writ

3.        07-08-2020 Correspondence Received Turbine Powered Technology, LLC

4.        07-21-2020 Brief in Opposition by Turbine Powered Technology, LLC

5.        08-04-2020 Correspondence Received Advanced Turbine Services, LLC
          and Kenneth Braccio

6.        08-06-2020 Decision Writ

7.        08-06-2020 Notice Judgment and Disposition

The following documents constitute the record with Supreme Court, State of Louisiana in

Docket No. 2019-C-01548:

1.        10-01-2019 Application of Turbine Powered Technology, LLC for Writ of
          Certiorari or Review

2.        10-02-2019 Notice of Filing

3.        10-16-2019 Opposition Brief by Advanced Turbine Services, LLC and
          Kenneth Braccio

4.        10-23-2019 Reply Brief for Writ or Review of Court Appeal

5.        11-19-2019 Order Denying Writ Application

**D.        A certificate by counsel that the above constitutes the State Court record.**

Undersigned counsel hereby certifies that the above constitutes the State Court record.

Respectfully submitted,

*/s/    Christian S. Chaney*
**STANLEY, REUTER, ROSS, THORNTON & ALFORD, L.L.C.**
Jennifer L. Thornton (#27109)
William M. Ross (#27064)
Christian S. Chaney (#37068)
Patrick M. Bollman (#38674)
909 Poydras St., Suite 2500
New Orleans, LA  70112
Telephone: (504) 523-1580
Fax: (504) 524-0069
E-mail:  jlt@stanleyreuter.com
E-mail:  wmr@stanleyreuter.com
E-mail:  csc@stanleyreuter.com
E-mail:  pmb@stanleyreuter.com

***Attorneys for Advanced Turbine Services, LLC and Kenneth Braccio***

## CERTIFICATE OF SERVICE

I, undersigned counsel, do hereby certify that I have filed the above and foregoing document with the Clerk of Court and served upon all counsel of record using the Court's CM/ECF System on this 5th day of September, 2020.

*/s/ Christian S. Chaney*

22