UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| **TURBINE POWERED TECHNOLOGY, LLC** | **CIVIL ACTION NO.  6:20-CV-00986** |
| **VERSUS** | **JUDGE JUNEAU** |
| **DAVID CROWE, ET AL** | **MAGISTRATE JUDGE WHITEHURST** |

## ORDER

THIS MATTER came before the Court on January 29, 2021 for oral argument on the Motion to Remand and Motion for Attorney Fees filed by Plaintiff Turbine Powered Technology, LLC, Rec. Doc. 9.

After reviewing the memoranda and evidence filed by the parties, the applicable law, and the Magistrate Judge's report and recommendation, Rec. Doc. 35, and after hearing the arguments of counsel, and for reasons orally assigned,

**IT IS ORDERED** that the Plaintiff's Motion to Remand, Rec. Doc. 9, is **GRANTED**, and the Plaintiff's Motion for Attorney Fees, Rec. Doc. 9, is **DENIED**.

Accordingly, this matter is **REMANDED** to the 16th Judicial District Court for the Parish of St. Mary, State of Louisiana.

**THUS DONE AND SIGNED** in Lafayette, Louisiana, on this 29th day of January, 2021.

MICHAEL J. JUNEAU
UNITED STATES DISTRICT JUDGE